# Court of Appeals
# of the State of Georgia

ATLANTA, February 22, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0292. DUNIGAN ROGERS v. THE STATE.**

On February 8, 2017, Dunigan Rogers filed this application for discretionary appeal from a December 28, 2016 trial court order denying his motion for an evidentiary hearing. We lack jurisdiction for two reasons.

First, this application is untimely. An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal made beyond 30 days. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Here, Rogers filed his application 42 days after entry of the order he seeks to appeal.

Second, it is clear from the application materials that the case remains pending below and the order Rogers seeks to appeal is not a final order. Thus, Rogers was required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b). Although Rogers filed a discretionary application, "[t]he discretionary appeal statute does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6- 34 (b)." *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

For these reasons, we lack jurisdiction over this application for discretionary appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

      *Clerk's Office, Atlanta,  02/22/2017*

      *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*